# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Lavette Kaye Domineck            Docket No. 5:12-CR-138-1FL

### Petition for Action on Probation

    COMES NOW Robert L. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lavette Kaye Domineck, who, upon an earlier plea of guilty to Theft of Government Property, in violation of 18 U.S.C §641, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on August 7, 2013, to a 36-month term of probation.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The original sentence ordered the defendant to pay a $25 special assessment, a $500 fine, and restitution in the amount of $3,239.84. To date, the defendant has paid only $60. The defendant resides and is supervised in the Northern District of Texas. She is employed part-time and is attending school. In March 2014, Ms. Domineck graduated with honors from ITT Technical Institute receiving a Bachelor of Science degree in Project Management and Administration. After being unsuccessful in obtaining employment Ms. Domineck decided to return to school to pursue a degree in Computer Network Administration. After reviewing Ms. Domineck's financial circumstances the probation officer has determined that she can pay $60 per month towards the financial obligations to the court. Ms. Domineck has remained compliant with other conditions of supervision.

    The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

    **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

    The defendant shall pay $60 per month towards the restitution and fine balance beginning January 15, 2015.

    Except as herein modified, the judgment shall remain in full force and effect.

Lavette Kaye Domineck
Docket No. 5:12-CR-138-1FL
Petition For Action
Page 2

    I declare under penalty of perjury that the foregoing is true and correct.

    /s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: December 18, 2014

### ORDER OF COURT

Considered and ordered this  18th  day of  December , 2014, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge